# Rudy, Appellant, *v.* McCloskey & Company.

Argued November 30, 1943. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON and STEARNE, JJ.

*John C. Arnold,* of *Arnold & Chaplin,* with him *Fleming & Litke,* for appellant.

*John W. Kephart,* with him *Arthur C. Dale,* for appellee.

PER CURIAM, January 3, 1944:
The judgment is affirmed on the opinion of Judge HIRT of the Superior Court.